# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AMY J. HUNT,

        Plaintiff,

v.                                                                                                                     No. 17cv985 MCA/LF

VALUE PLACE,

        Defendant.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's failure to timely file an amended complaint.

Plaintiff asserted a claim of disability discrimination against Defendant, who appears to be a hotel, stating:

> I am being inhumanely discriminate cause I am in a wheelchair with a service dog for basic needs of toilet paper, changes of my linens, and being provided cancer sticks holes in my bedding, and they told pay extra for these items and housekeeping non-existance every other week unless you want pay extra.  All they do is yell at guest and strip of reservations when guest to complain.
> . . . .
> General Manger named Jenifer is very rude discrimintory person has no consideration with people with disabilities, and there are plenty of people disabilities cause veterans program, especially with people in wheel chairs and service animals, as well as her staff can't do simple tasks of basic need for disable people, and rather use her pregnancy to advantage.

[sic] Complaint at 2-3.

After explaining that Plaintiff's conclusory allegations without supporting factual averments are insufficient to state a claim on which relief can be based, the Court dismissed the Complaint without prejudice for failure to state a claim, granted Plaintiff leave to file an amended complaint, and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case without prejudice.  *See* Doc. 5, filed October 27, 2017.  Plaintiff did not file

an amended complaint by the November 17, 2017, deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**M. CHRISTINA ARMIJO**
**CHIEF UNITED STATES DISTRICT JUDGE**